UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

VINAY JAIN and DC WORLDWIDE
CONSULTING SERVICES, INC.,

                      Plaintiffs,

v.

DEVELOPMENT CORPORATION FOR ISRAEL
d/b/a ISRAEL BONDS and CONSULTNET
L.L.C.,

                      Defendants.

---

Case No.: 20-cv-05163(CM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Vinay Jain and DC Worldwide Consulting Services, Inc. (collectively "Plaintiffs") and Defendants Development Corporation for Israel and ConsultNet L.L.C., by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

| | |
|---|---|
| LAW OFFICE OF MATTHEW S. PORGES<br>26 Court Street, Suite 1200<br>Brooklyn, New York 11242<br>(718) 673-2578<br><br>By: _/s/ Matthew S. Porges_<br>     Matthew S. Porges<br><br>ATTORNEY FOR PLAINTIFFS<br><br><br>Dated: January 25, 2021 | JACKSON LEWIS P.C.<br>666 Third Avenue, 29th Floor<br>New York, New York 10017<br>(212) 545-4000<br><br>By: _/s/ Ravindra K. Shaw_<br>     Ravindra K. Shaw<br>     Godfre O. Blackman<br><br>ATTORNEYS FOR DEFENDANT DEVELOPMENT CORPORATION FOR ISRAEL<br><br>Dated: March 4, 2021 |

EUSTACE, PREZIOSO & YAPCHANYK
55 Water Street, 28th Floor
New York, New York 10041
(212) 612-4299

By:   /s/ Bhavleen Sabharwal
      Bhavleen Sabharwal

ATTORNEYS FOR DEFENDANT
CONSULTNET L.L.C

Dated: ~~January~~ February 17, 2021

SO ORDERED:

HONORABLE COLLEEN MCMAHON
CHIEF U.S. DISTRICT COURT JUDGE

3-5-2021